UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-03039-MCS-AJR** | Date | May 26, 2026 |
| Title | ***Stevenson v. Citibank, N.A.*** | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER RE: STIPULATION TO COMPEL ARBITRATION AND STAY (ECF NO. 29); ORDER TO SHOW CAUSE RE: GLOBAL STAY**

Plaintiff Marcha Stevenson and Defendant Citibank, N.A., stipulate to stay the claims between them pending arbitration. (Stip., ECF No. 29.) The Court grants the stipulation. Pursuant to the parties' agreement, within 30 days of entry of this Order, Plaintiff and Citibank shall initiate arbitration proceedings in accordance with the terms of the written arbitration agreement. The federal action is stayed as between Plaintiff and Citibank pending completion of the arbitration. The arbitrating parties shall file a joint status report within 120 days, and a further report every 120 days thereafter. Each report must state on the cover page the date the next report is due. Additionally, the arbitrating parties must notify the Court within seven days of the conclusion of arbitration proceedings.

The Court orders the other Defendants and Plaintiff to show cause why the entire case should not be stayed pending arbitration of the claims against Citibank. *See Dovlatyan v. Discover Bank*, No. 2:25-cv-01460-MCS-ADS, 2025 U.S. Dist. LEXIS 166013, at *3–4 (C.D. Cal. Aug. 25, 2025) (Scarsi, J.) (exercising discretion to stay claims against non-arbitrating defendants where claims against another were to be arbitrated). The parties shall respond to the order to show cause in writing in

their Joint Rule 26(f) Report, which is due June 29, 2026. (*See* Order Setting Scheduling Conference § I, ECF No. 28.) Failure to comply will be deemed consent to a global stay.

**IT IS SO ORDERED.**