**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Shelby J. Radecki (355303)
shelby.radecki@loker.law
Telephone: (805) 623-0633
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Marcha Stevenson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCHA STEVENSON,**<br><br>Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | **Case No.:** 2:26-cv-03039-MCS-AJR<br><br>**STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>**HON. MARK C. SCARSI** |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 2:26-cv-03039-MCS-AJR                    *Stevenson v. Citibank, N.A., et al*

**STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

Plaintiff MARCHA STEVENSON ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC, by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and EQUIFAX INFORMATION SERVICES LLC hereby jointly move to dismiss EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: June 15, 2026                                    **LOKER LAW, APC**

BY: ___/s/ SHELBY J. RADECKI___
SHELBY J. RADECKI, ESQ.
ATTORNEY FOR PLAINTIFF

**SEYFARTH SHAW LLP**

By: ___/s/ Theodore E. Roethke___
THEODORE E. ROETHKE, ESQ.
ATTORNEY FOR DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: June 15, 2026                                    **LOKER LAW, APC**

___/s/ SHELBY J. RADECKI___
SHELBY J. RADECKI, ESQ.

CASE NO.: 2:26-cv-03039-MCS-AJR          **1 OF 2**          *Stevenson v. Citibank, N.A., et al*
**STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *Plaintiff Marcha Stevenson*'s *Stipulation to Dismiss Defendant Equifax Information Services LLC with Prejudice* has been submitted on June 15, 2026 to all defense counsel of record via e-mail and U.S. Mail.

___/S/ SHELBY J. RADECKI___
SHELBY J. RADECKI, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 2:26-cv-03039-MCS-AJR                      *Stevenson v. Citibank, N.A., et al*

**PROOF OF SERVICE**