**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCHA STEVENSON,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Case No.: 2:26-cv-03039-MCS-AJR<br><br>ORDER ON STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC (ECF No. 31) |

Based upon the Parties' Stipulation to Dismiss Defendant Equifax Information Services LLC, this Court hereby orders that the claims against Defendant EQUIFAX INFORMATION SERVICES, LLC are dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 1, 2026

_____
**MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE