UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:26-cv-03039-MCS-AJR | Date | July 7, 2026 |
|---|---|---|---|

Title   *Stevenson v. Citibank, N.A.*

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Court ordered the parties to show cause why the Court should not impose a global stay of this action pending arbitration of Plaintiff Marcha Stevenson's claims against Defendant Citibank, N.A. (OSC, ECF No. 30.) Plaintiff filed a response. (Suppl. Resp., ECF No. 34.) Having reviewed Plaintiff's response, the Court declines to impose a global stay of this case. The order to show cause is discharged.

**IT IS SO ORDERED.**