**LOKER LAW, APC**
Shelby J. Radecki (355303)
shelby.radecki@loker.law
Telephone: (805) 623-0633
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Marcha Stevenson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHA STEVENSON,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,,<br><br>Defendants. | **Case No.:** 2:26-cv-03039-MCS-AJR<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**HON. MARK C. SCARSI** |

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MARCHA STEVENSON   ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. has been resolved.   The Parties anticipate filing a Joint Stipulation to Dismiss Experian Information Solutions, Inc. with Prejudice within sixty days.   Plaintiff requests that all pending dates and filing requirements regarding Experian Information Solutions, Inc. be vacated.

Date: July 9, 2026 **LOKER LAW, APC**

BY:   \_\_\_/S/ SHELBY J. RADECKI\_\_\_
SHELBY J. RADECKI, ESQ.
ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

CASE NO.: **2:26-cv-03039-MCS-AJR**      **1 OF 1**      *Stevenson v Citibank, et al.*

**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Experian Information Solutions, Inc.* has been submitted on July 9, 2026 to all defense counsel of record via e-mail and U.S. Mail.

_\_\_\_/s/ SHELBY J. RADECKI\_\_\_\__
SHELBY J. RADECKI, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 2:26-cv-03039-MCS-AJR                          *Stevenson v Citibank, et al.*

**PROOF OF SERVICE**